NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30591
08-JUN-2012
10:19 AM

NO. 30591

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


AS, Plaintiff-Appellant,
v.
WS, Defendant-Appellee


APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-D NO. 04-1-0002)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order, filed on April 30, 2012, is hereby corrected as follows:

1.    In the caption, the reference to "CIRCUIT COURT" should be replaced with "FAMILY COURT" so that as corrected the caption reads:  "APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT".

2.    On page 2, in the twenty-fourth line, the word "martial" should be replaced with "marital" so that as corrected, the text reads: ". . . disbursement of marital funds . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, June 8, 2012.

FOR THE COURT:

Craig H. Nakamura
Chief Judge

---

[1] Nakamura, Chief Judge, and Fujise and Ginoza, JJ.